**B22B (Official Form 22B) (Chapter 11) (01/08)**

In re  ARNOLD S_ GOODSTEIN
_____
Debtor(s)

Case number:  10-04204-DD
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** b. ☒ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.** c. ☐ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $0.00 | $0.00 |
| 3 | **Net Income from the operation of a business, profession, or farm.**    Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. | | | |
| | a. | Gross receipts | $23,209.33 | |
| | b. | Ordinary and necessary business expenses | $14,002.88 | |
| | c. | Business income | Subtract Line b from Line a | $9,206.45 | $0.00 |
| 4 | **Net rental and other real property income.**    Subtract Line b from Line a and enter the difference in the appropriate colmun(s) of Line 4. Do not enter a number less than zero. | | | |
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | | $2,266.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $0.00 | $0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $0.00    Spouse $0.00 | | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | | a. | 0 |
| | | b. | 0 |
| | Total and enter on Line 9 | $0.00 | $0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $11,472.45 | $0.00 |
| 11 | **Total current monthly income.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $11,472.45 |

## Part II: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.    *(If this a joint case, both debtors must sign.)*
Date: July 8, 2010                    Signature:   */s/ Arnold S. Goodstein* _____
                                                              (Debtor)
Date: _____    Signature: _____
                                                              (Joint Debtor, if any ) |

FORM B6A (Official Form 6A) (12/07)

In re _Arnold S. Goodstein_____,    Case No. _10-04204-DD_____
Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Arnold S. Goodstein** ,                                              Case No. *10-04204-DD*

Debtor(s)                                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *First Palmetto Savings Bank money market account #575756952.* | | $ 832.80 |
| | | *First Palmetto Savings Bank checking account #535567854.* <br> *Joint account with spouse Diane Goodstein.* | J | $ 7,650.13 |
| | | *Goodstein Law Firm checking account #565670765.* | | $ 53,582.99 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household furniture purchased in 1988 ($5,500;00) misc tvs and furniture purchased in 2002 ($1,500.00); inherited furniture ($500.00); misc. tvs ($600.00); pictures, lamps, misc. accessories, books ($1,000.00); two antique clocks ($1,000.00); grill, pool table and misc. outdoor furniture ($1,000.00); silver flatware ($325.00); cottage furniture ($125.00); and appliances ($700.00).* <br> *Location: In debtor's possession* | | $ 12,250.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books, sofa in library.* <br> *Location: In debtor's possession* | | $ 350.00 |

In re  Arnold S. Goodstein                                    ,        Case No. 10-04204-DD
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Miscellaneous books, art, etc.<br>Location: In debtor's possession | | $ 1,500.00 |
| 6. Wearing apparel. | | Clothing<br>Location: In debtor's possession | | $ 500.00 |
| 7. Furs and jewelry. | | Three watches ($3,000.00); three rings ($1,000.00) (grandfather's and college).<br>Location: In debtor's possession | | $ 4,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | See attached Exhibit "B" for detailed descriptions.<br>Location: In debtor's possession | | $ 5,575.00 |
| | | Colt 45 pistol;<br>Smith & Wesson 38 special; and<br>9 mm pistol. | | $ 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | | Annuity w/ Diane Goodstein. Right of Survivorship, re: case of Andy T. Williams.<br>Due 12/15/12 :$25,000.00;<br>Due 12/15/17: $40,000.00;<br>Due 12/15/22: $60,000.00; and<br>Due 12/15/27: $100,000.00. | | Unknown |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA - Ameritrade Account #906-938160. | | $ 295,721.90 |
| | | Ameritrade, Account #915-997210.<br>GLF 401K (FBO Arnold S. Goodstein) | | $ 37,619.99 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 2000 shares Dorchester Industrial stock.<br>Location: First Palmetto Savings Bank. | | $ 1,575,000.00 |

# Doc's Gun Exchange

**1591 S Irby St**
**Florence SC 29505**
**843-679-9659**
**Fax 843-679-7045**
**May 12, 2010**

*ATTN*
*Barry Schafer*

Re: Prices on Gun's
Barry Schafer

S&W 1000 SEMI AUTO 28"    $225

S&W 1000 SEMI AUTO 26"    $225

BROWNUNG CITORI LIGHTNING $600

BROWNING CITORI HUNTER   $500

PARKER BROTHERS REPRODUCTION  $1800

JOSEPH LAND SINGLE TRIGGER  $150

JOSEPH LAND ROSE  $150

WINCHESTER W/SCOPE $275

AR-7 $100

REMINGTON SEMI AUTO  $250

COLT AR-15 $600

BROWNING BL22  $250

WINCHESTER 1895  $450

ALL PRICES WERE GIVEN ON GUNS SIGHT UNSEEN, BESED ON
FAIR CONDITION.

**EXHIBIT**
**B**

B6B (Official Form 6B) (12/07)

In re _Arnold S. Goodstein_____,    Case No. _10-04204-DD_
           Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Coastal Commercial Center Inc. stock shares.* *See attached Exhibit "A".* *Location: Goodstein Law Firm, LLC* | | $ 1,000,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | *Lambs Development Corp.* | | *Unknown* |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | *Life insurance/trust/Diane Goodstein.* | | *Unknown* |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Arnold S. Goodstein v. International Paper* *Tiente v. Loyola, LLC, Arnold Goodstein, et al.* | | *Unknown* *Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Law license - South Carolina Bar.* *Real estate broker's license - South Carolina.* | | *Unknown* |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor | X | | | |

# EXHIBIT A

| Company Name | Tax ID | Owner | Value |
|---|---|---|---|
| The Summerville Companies, LLC | 20-1683967 | Arnold Goodstein - 100% | Negative |
| Summerville Homes, LLC | 22-3894508 | Summerville Companies, LLC | Negative |
| Summerville Developers, LLC | 55-0809546 | Summerville Companies, LLC | Negative |
| Summerville Site Construction, LLC | 02-0575711 | Summerville Developers, LLC | Negative |
| Summerville Mortgage, LLC | N/A | Not formed | N/A |
| Brickyard Developers, LLC | 20-1915043 | Arnold Goodstein - 25% | Zero |
| Arrowhead Grande II, LLC | 20-2584641 | Summerville Companies, LLC - 50% | Zero |
| Meadow Run Park, LLC | 01-0832527 | Summerville Developers | Zero |
| Monaca Developers, LLC | 20-3349087 | Summerville Developers - 50% | Zero |
| Arrowhead Grande Homes, LLC | 20-4292012 | Summerville Homes - 100% | Zero |
| Dicari Development, Inc. | 57-0847188 | Summerville Co., LLC - 100% | Negative |
| A & B Inlet, LLC | 20-4175510 | Arnold Goodstein - 50% | Negative |
| Summerville Aviation, LLC | 20-3512137 | Summerville Companies, LLC - 100% | Negative |
| Victoria Pointe, LLC | 20-5009444 | Summerville Developers - 100% | Zero |
| Pines @ Gahagan, LLC | 20-5468822 | Summerville Companies - 100% | Zero |
| Summerville Real Estate, LLC | 20-0216384 | Arnold Goodstein - 100% | Zero |
| Ashley River Landing, LLC | 32-0189987 | Summerville Companies - 100% | Zero |
| Lambs Leasing | 57-0726616 | Arnold Goodstein - 100% | $25,000.00 |
| Pines Investment Group, LLC | 74-3190475 | Arnold Goodstein - 100% | Zero |

| Company Name | Tax ID | Owner | Value |
|---|---|---|---|
| Summerville Engineering & Surveying, LLC | 02–0787534 | Summerville Developers - 100% | zero |
| Arrowhead Grande, LLC | 20-4941049 | Arnold Goodstein - 25% | Unknown |
| Dorchester Industrial Center, Inc. | 57-0883164 | Arnold Goodstein - 50% | $1,575,000.00 |
| Coastal Commercial Center, Inc. | 57-0926383 | Arnold Goodstein - 100% | $1,000,000.00 |
| Baker Plantation Homeowners Association, Inc. | 30-0437622 | N/A | |
| SDVE, LLC | | Arnold Goodstein - 51% | |
| Loyola, LLC | | Arnold Goodstein - 20% | |
| G & R Developers, LLC | 20-4617822 | Arnold Goodstein - 50% | zero |
| Village @ Legend Oaks, LLC | 20-5468792 | Summerville Developers - 100% | zero |

B6B (Official Form 6B) (12/07)

In re **Arnold S. Goodstein** _____ ,     Case No. *10-04204-DD*
                    Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__                                             **Total ➡**     $ *2,995,582.81*

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

B6D (Official Form 6D) (12/07)

In re _Arnold S. Goodstein_____,          Case No. _10-04204-DD_____
             **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _Creditor # : 1_ _First Palmetto Bank_ _407 DeKalb Street_ _Camden SC 29020_ | | _Secured loan_ _2000 shares Dorchester_ _Industrial stock_  Value: _$ 1,575,000.00_ | | | | $ 1,575,000.00 | $ 0.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ (Total of this page) | | $ 1,575,000.00 | $ 0.00 |
| | | | | Total $ (Use only on last page) | | $ 1,575,000.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Arnold S. Goodstein_ ,                    Case No. _10-04204-DD_
              **Debtor(s)**                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_ **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re Arnold S. Goodstein                              ,      Case No. 10-04204-DD
_____
              **Debtor(s)**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No:<br>*Creditor # : 1*<br>*Berkeley County Treasurer*<br>*1003 Hwy. 52*<br>*Moncks Corner SC 29461* | | | | | | | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 2*<br>*Charleston County Treasurer*<br>*101 Meeting Street*<br>*Suite 240*<br>*Charleston SC 29401* | | | | | | | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 3*<br>*Dorchester County Treasurer*<br>*PO Box 338*<br>*Saint George SC 29477* | | | | | | | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 4*<br>*Horry County Treasurer*<br>*1301 Second Avenue*<br>*Conway SC 29526* | | | | | | | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 5*<br>*Internal Revenue Service*<br>*Insolvency Group 6 MDP 39*<br>*1835 Assembly Street*<br>*Columbia SC 29201* | | | | | | | *Unknown* | *$ 0.00* | |
| Account No:<br>*Creditor # : 6*<br>*SC Dept of Revenue & Taxation*<br>*PO Box 12265*<br>*Columbia SC 29211* | | | | | | | *Unknown* | *$ 0.00* | |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** (Total of this page)

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re  Arnold S. Goodstein                                    ,                    Case No.  10-04204-DD
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: *Creditor # : 7* *SC Employment Sec Comm* *PO Box 995* *Columbia SC 29202* | | | | | | | *Unknown* | *$ 0.00* | |
| Account No: *Creditor # : 8* *Securities & Exchange Comm* *3475 Lenox Road NE* *Suite 1000* *Atlanta GA 30326* | | *Notice only* | | | | | *Unknown* | *$ 0.00* | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No.  _2_  of  _2_  continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | | |
|---|---|---|---|
| | **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| | **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | *0.00* | *0.00* |

B6F (Official Form 6F) (12/07)

In re _Arnold S. Goodstein_____,          Case No. _10-04204-DD_____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | *Unknown* |
| Creditor # : 1 *American Express* *PO Box 360001* *Fort Lauderdale FL 33336-0001* | | | *Dicari* | | | | |
| Account No: | | | | | | | $ 6,170.41 |
| Creditor # : 2 *Auto-Owners Insurance* *PO Box 30315* *Lansing MI 48909-7815* | | | | | | | |
| Account No: | X | | | X | | | $ 14,198,386.00 |
| Creditor # : 3 *Bank of America* *5081 Rivers Avenue* *Charleston SC 29406* | | | *Guarantor* | | | | |
| Account No: | | | | | | | *Unknown* |
| Creditor # : 4 *Bank of America Mastercard* *PO Box 15019* *Wilmington DE 19886* | | | | | | | |

_3_ continuation sheets attached

Subtotal $   $ 14,204,556.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Arnold S. Goodstein_____ ,          Case No. _10-04204-DD____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   -000<br>Creditor # : 5<br>Caterpillar Financial Services<br>2120 West End Avenue<br>PO Box 340001<br>Nashville TN 37203-0001 | X | | Guarantor | X | | | $ 42,163.45 |
| Account No:<br>Creditor # : 6<br>Community First Bank<br>884 Orleans Road<br>Charleston SC 29407 | X | | Guarantor | X | | | UNKNOWN |
| Account No:<br>Creditor # : 7<br>First Bank of the South<br>651 Johnnie Dodds Blvd.<br>Mount Pleasant SC 29464 | X | | Guarantor | X | | | UNKNOWN |
| Account No:<br>Creditor # : 8<br>First Palmetto Savings Bank<br>407 DeKalb Street<br>Camden SC 29020 | X | | Guarantor | X | | | UNKNOWN |
| Account No:<br>Creditor # : 9<br>Horry Electric Cooperative Inc<br>PO Box 119<br>Conway SC 29528 | | | | | | | Unknown |
| Account No:<br>Creditor # : 10<br>M. Stephen Hill<br>116 Parkwood Drive<br>Summerville SC 29483 | | | Contract judgment | | | | $ 2,106,118.46 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,148,281.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Arnold S. Goodstein_____,      Case No. _10-04204-DD___
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *3798* <br><br> *Creditor # : 11* <br> *National City Bank* <br> *PO Box 5570* <br> *Cleveland OH 44101-0570* | X | | *Guarantor* <br> *Deficiency balance on returned 2005 Cirrus airplane.* | | | X | $ 246,132.13 |
| Account No: <br><br> *Creditor # : 12* <br> *Piggly Wiggly* <br> *404 North Cedar Street* <br> *Summerville SC 29483* | | | | | | | *Unknown* |
| Account No: <br><br> *Creditor # : 13* <br> *RBC Bank* <br> *1136 Washington Street* <br> *Suite 503* <br> *Columbia SC 29201* | X | | *Guarantor* | X | | | $ 1,329,496.00 |
| Account No: <br><br> *Creditor # : 14* <br> *RBC Real Estate Finance Inc* <br> *c/o J Ronald Jones Jr Esq* <br> *126 Seven Farms Dr Ste 200* <br> *Charleston SC 29492-8144* | X | | | | | | *Unknown* |
| Account No: <br><br> *Creditor # : 15* <br> *Regions Bank* <br> *1545 Savannah Hwy* <br> *Charleston SC 29407* | X | | *Guarantor* | X | | | *UNKNOWN* |
| Account No: <br><br> *Creditor # : 16* <br> *Rosen Rosen & Hagood LLC* <br> *Richard S. Rosen* <br> *PO Box 893* <br> *Charleston SC 29402* | | | *Legal Fees* | | | | *UNKNOWN* |

Sheet No. __2__ of ___3___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,575,628.13

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Arnold S. Goodstein_____,    Case No. _10-04204-DD____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>Sandhills Bank<br>c/o Stacy L. Stanley, Esquire<br>3303 Hwy 9 East<br>Little River SC 29566 | X | | Guarantor -Confession of Judgment | | | | $ 282,018.87 |
| Account No:<br>Creditor # : 18<br>SCE&G<br>Columbia SC 29218 | | | | | | | Unknown |
| Account No:<br>Creditor # : 19<br>Tiente Limited Partnership<br>c/o Richard M. Lovelace, Esq.<br>PO Box 1704<br>Conway SC 29528 | X | | Guarantor<br>Tiente vs. Loyola, et al | | | X | $ 40,000,000.00 |
| Account No:<br>Creditor # : 20<br>Wachovia<br>4525 Sharon Road<br>Suite 400<br>Charlotte NC 28211 | X | | Guarantor | X | | | $ 3,161,035.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __3__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 43,443,053.87

**Total $**    $ 61,371,520.32

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Arnold S. Goodstein_____ / Debtor      Case No. _10-04204-DD_____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Arnold S. Goodstein_ _____ / Debtor          Case No. _10-04204-DD_____

                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| A & B Inlet<br>Grover Rabon<br>PO Box 100<br>Dalzell SC  29040 | Sandhills Bank<br>c/o Stacy L. Stanley, Esquire<br>3303 Hwy 9 East<br>Little River SC  29566 |
| Dicari Development, Inc.<br>PO Box 2350<br>Summerville SC  29484 | Community First Bank<br>884 Orleans Road<br>Charleston SC  29407 |
| G & R Developers, LLC<br>PO Box 2350<br>Summerville SC  29484 | Caterpillar Financial Services<br>2120 West End Avenue<br>PO Box 340001<br>Nashville TN  37203-0001 |
| Grover E. 'Bubba' Rabon, III<br>PO Box 100<br>Dalzell SC  29040 | Caterpillar Financial Services<br>2120 West End Avenue<br>PO Box 340001<br>Nashville TN  37203-0001 |
| Jerry H. Pettus<br>68 Timberidge Drive<br>Clover SC  29710 | Caterpillar Financial Services<br>2120 West End Avenue<br>PO Box 340001<br>Nashville TN  37203-0001 |
| Loyd Daniel<br>Strand Capital Group, LLC<br>1000 2nd Ave S, Ste 310<br>North Myrtle Bea SC  29582 | Tiente Limited Partnership<br>c/o Richard M. Lovelace, Esq.<br>PO Box 1704<br>Conway SC  29528 |
| Russell R. Burgess, Jr.<br>PO Box 807<br>North Myrtle Bea SC  29597 | Caterpillar Financial Services<br>2120 West End Avenue<br>PO Box 340001<br>Nashville TN  37203-0001 |
| Summerville Aviation<br>PO Box 2350<br>Summerville SC  29484 | National City Bank<br>PO Box 5570<br>Cleveland OH  44101-0570 |

B6H (Official Form 6H) (12/07)

In re _Arnold S. Goodstein_____ / Debtor       Case No. _10-04204-DD_____
                                                                           (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Summerville Companies, LLC*<br>*PO Box 2350*<br>*Summerville SC   29484* | *Bank of America*<br>*5081 Rivers Avenue*<br>*Charleston SC   29406*<br><br>*Community First Bank*<br>*884 Orleans Road*<br>*Charleston SC   29407*<br><br>*First Bank of the South*<br>*651 Johnnie Dodds Blvd.*<br>*Mount Pleasant SC   29464*<br><br>*First Palmetto Savings Bank*<br>*407 DeKalb Street*<br>*Camden SC   29020*<br><br>*RBC Bank*<br>*1136 Washington Street*<br>*Suite 503*<br>*Columbia SC   29201*<br><br>*RBC Real Estate Finance Inc*<br>*c/o J Ronald Jones Jr Esq*<br>*126 Seven Farms Dr Ste 200*<br>*Charleston SC   29492-8144*<br><br>*Regions Bank*<br>*1545 Savannah Hwy*<br>*Charleston SC   29407*<br><br>*Wachovia*<br>*4525 Sharon Road*<br>*Suite 400*<br>*Charlotte NC   28211* |

In re _Arnold S. Goodstein_____ ,    Case No. _10-04204-DD_____
                     **Debtor(s)**                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney (self employed)** | **Judge** |
| Name of Employer | **Goodstein Law Firm, LLC** | **State of South Carolina** |
| How Long Employed | | |
| Address of Employer | **208 Sumter Avenue** <br> **Summerville SC  29483** | **PO Box 234** <br> **Saint George SC  29477** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 11,350.64 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 11,350.64 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 2,810.89 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): **Money Plus** | $ 0.00 | $ 440.18 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 3,251.07 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 8,099.57 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 19,583.33 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance <br>    (Specify): **VA Disability** | $ 123.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income <br>    (Specify): **Motley Rice (average)** <br>         **Social Security Pension** | $ 3,503.00 <br> $ 2,266.00 | $ 0.00 <br> $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 25,475.33 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 25,475.33 | $ 8,099.57 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 33,574.90 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re Arnold S. Goodstein                                                         ,    Case No. 10-04204-DD
_____           _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,389.14 |
|    a. Are real estate taxes included?     Yes ☐     No ☒ | | |
|    b. Is property insurance included?     Yes ☐     No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 2,211.54 |
|     b. Water and sewer | $ | 292.30 |
|     c. Telephone | $ | 0.00 |
|     d. Other *Cable, internet and telephone* | $ | 779.06 |
|     Other *Alarm system* | $ | 27.32 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,089.03 |
| 4. Food | $ | 497.97 |
| 5. Clothing | $ | 355.58 |
| 6. Laundry and dry cleaning | $ | 387.40 |
| 7. Medical and dental expenses | $ | 142.30 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 182.08 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 100.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 0.00 |
|    e. Other *Real estate taxes* | $ | 2,145.31 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) *Property insurance* | $ | 2,820.51 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: *Additional home expenses* | $ | 2,500.00 |
|    Other: | $ | 0.00 |
|    Line 17 Continuation Page Total (see continuation page for itemization) | $ | 6,448.57 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 23,368.11 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 33,574.90 |
|    b. Average monthly expenses from Line 18 above | $ | 23,368.11 |
|    c. Monthly net income (a. minus b.) | $ | 10,206.79 |

B6J(Official Form 6J)(12/07) - Continuation Page

In re _Arnold S. Goodstein_____ ,    **Case No.** _10-04204-DD_____

           **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**17. (continuation) OTHER EXPENSES**

| | |
|---|---|
| *Spouse mortgage payment on property at 1540 Chiann* ........................................................ | $ *6,448.57* |
| **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $ *6,448.57* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re **Arnold S. Goodstein**

Case No. **10-04204-DD**

Chapter **11**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 4 | $ 2,995,582.81 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 1,575,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 61,371,520.32 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 33,574.90 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 23,368.11 |
| TOTAL | | 20 | $ 2,995,582.81 | $ 62,946,520.32 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re **Arnold S. Goodstein**                                              Case No. *10-04204-DD*
                                                                          Chapter *11*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Arnold S. Goodstein*                                                Case No. *10-04204-DD*
_____                          _____
                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: *7/8/2010*_____          Signature *  /s/ Arnold S. Goodstein*_____
                                                          *Arnold S. Goodstein*



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re: *Arnold S. Goodstein*

Case No. *10-04204-DD*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

*1/1/10 - 6/11/10:*
*$44,885.00*
*2009: $290,492.34*
*2008: $323,243.49*

*Goodstein Law Firm LLC*

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

| AMOUNT | SOURCE |
|---|---|
| 2010: $3,004.00 | *Social Security and VA disability.* |
| 2009: $1,476.00 | |
| 2008: $1,476.00 | |
| | |
| 2009: $50,000.00 | *Dorchestor Industrial Center stock distributions.* |

---

### 3. Payments to creditors

None ☐   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Bank of America Mastercard*<br>*PO Box 15019*<br>*Wilmington, DE 19886* | 2/18/10<br>3/18/10<br>4/18/10 | $3,964.39 | *Unknown* |
| *Horry Electric Cooperative Inc.*<br>*PO Box 119*<br>*Conway SC 29528* | 2/16/10<br>3/16/10<br>4/13/10 | $2,081.70 | |
| *Acme Doors*<br>*305 International Circle*<br>*PO Box 88*<br>*Summerville, SC 29484* | 2/1/10<br>3/1/10<br>4/1/10 | $844.00 | -0- |
| *(Dicari) American Express*<br>*PO Box 360001*<br>*Ft. Lauderdale, FL 33336-0001* | 2/4/10<br>3/4/10<br>4/4/10 | $1,983.03 | *Unknown* |
| *Auto-Owners Insurance*<br>*PO Box 30315*<br>*Lansing, MI 48909-7815* | 2/17/10<br>3/17/10<br>4/17/10 | $3,087.20 | $6,170.41 |
| *First Palmetto (mortgage acct*<br>*#11-309675-7)*<br>*407 DeKalb Street*<br>*Camden, SC 29020* | 3/1/10<br>3/30/10<br>4/29/10 | $8,410.74 | *Unknown.* |
| *First Palmetto (equity loan*<br>*#72-069332-5)*<br>*407 DeKalb Street*<br>*Camden, SC 29020* | 2/19/10<br>3/19/10<br>4/19/10 | $884.44 | $210,971.83 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| *Piggly Wiggly*<br>*404 North Cedar Street*<br>*Summerville, SC 29483* | *2/12/10*<br>*3/12/10*<br>*4/12/10* | *$935.03* | *Balance paid monthly.* |
| *SCE&G*<br>*Columbia, SC 29218* | *2/12/10*<br>*3/17/10*<br>*4/16/10* | *$6,063.65* | *Balance paid monthly.* |

| None<br>☒ | b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| None<br>☐ | c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| *Rent for office space - Goodstein Law Firm, LLC at 208 Sumter Avenue, Summerville, SC, to spouse Diane Goodstein.* | *July, 2009. Paid by Goodstein Law Firm, LLC.* | *$20,000.00* | *$22,603.90* |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

| None<br>☐ | a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| *Wachovia Bank, NA vs. Arnold Goodstein C/A No. 2008-CP-08-00954* | *Lis Pendens* | *Berkeley County Court of Common Pleas* | *Pending.* |
| *First National Bank of Spartanburg vs. Arnold Goodstein C/A No. 2009-CP-08-01174* | *Foreclosure* | *Berkeley County Court of Common Pleas* | *Pending; referred to Master.* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Wachovia Bank, NA vs. Arnold Goodstein C/A No. 2009-CP-080-3661* | *Foreclosure.* | *Berkeley County Court of Common Pleas* | *Judgment entered 11-3-09.* |
| *Arnold S. Goodstein and The Summerville Companies, LLC vs. M. Stephen Hill and Wilem, LLC of South Carolina C/A No. 2007-CP-18-666* | | *Dorchester County Court of Common Pleas* | *Arbitrator award to Defendant Stephen M. Hill in the amount of $2,106,118.46 plus accrued interest.* |
| *Tiente Limited Partnership, a South Carolina Limited Partnership vs. Arnold Goodstein, et al C/A No. 2009-CP-26-2394* | *Debt collection Guarantor* | *Horry County Court of Common Pleas* | *Pending* |
| *RBC Real Estate Finance, Inc. vs. Arnold S. Goodstein, et al C/A No. 2008-CP-18-1683* | *Foreclosure* | *Dorchester County Court of Common Pleas* | *Pending* |
| *M. Stephen Hill, et al vs. Arnold S. Goodstein, et al 2007-CP-18-00828* | *Breach of contract* | *Dorchester County Court of Common Pleas* | *Dismissed 10-22-07.* |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2008-CP-80-1082* | *Foreclosure* | *Dorchester County Court of Common Pleas* | *Judgment entered 6-8-09.* |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2008-LP-18-00168* | *Lis Pendens* | *Dorchester County Court of Common Pleas* | *Pending.* |
| *First Palmetto Savings Bank vs.* | *Foreclosure* | *Dorchester County Court of Common* | *Judgment entered 9-23-09.* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Arnold Goodstein, et al C/A No. 2009-CP-18-00693* | | *Pleas* | |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2009-CP-18-03080* | *Foreclosure* | *Dorchester County Court of Common Pleas* | *Judgment entered 11-10-09.* |
| *First National Bank of Spartanburg vs. Arnold Goodstein, et al 2009-LP-18-00410* | *Lis Pendens* | *Dorchester County Court of Common Pleas* | *Pending.* |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2008-CP-10-2259* | *Foreclosure* | *Charleston County Court of Common Pleas* | *Referred to Master in Equity.* |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2008-CP-10-2260* | *Foreclosure* | *Charleston County Court of Common Pleas* | *Referred to Master in Equity.* |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2008-LP-10-000091* | *Lis Pendens* | *Charleston County Court of Common Pleas* | *Transferred to circuit court.* |
| *Wachovia Bank, NA vs. Arnold Goodstein, et al C/A No. 2008-LP-10-000092* | *Lis Pendens* | *Charleston County Court of Common Pleas* | *Transferred to circuit court.* |
| *Arnold S. Goodstein vs. International Paper Realty Corporation C/A No. 2008-CP-26-00349* | *Action for damages. (50% ownership - damages alleged to be $25 million.)* | *Horry County Court of Common Pleas* | *Pending.* |
| *National Bank of* | *Foreclosure* | *Horry County Court* | *Dismissed 1/21/09.* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *South Carolina vs. Arnold Goodstein, et al 2008-CP-26-07892* | | *of Common Pleas* | |
| *Wachovia Bank, NA vs. Arnold S. Goodstein, et al C/A No. 2009-CP-26-10702* | *Debt collection.* | *Horry County Court of Common Pleas.* | *Judgment entered 11-3-09.* |
| *First Palmetto Savings Bank vs. Arnold S. Goodstein, et al C/A No. 2009-LP-26-00984* | *Lis Pendens* | *Horry County Court of Common Pleas* | *Pending.* |
| *Lawrence Nesbitt vs. Arnold Goodstein C/A No. 2008-CV-1810305986* | *Debt collection.* | *Dorchester County Magistrates Court.* | *Removed Arnold Goodstein as Defendant, and changed caption to read Nesbitt vs. Summerville Homes ONLY.* |
| *Lawrence Nesbitt vs. Arnold Goodstein C/A No. 2008-CV-1810305985* | *Debt collection.* | *Dorchester County Magistrates Court.* | *Removed Arnold Goodstein as Defendant, and correctly captioned as Lawrence Nesbitt vs. Summerville Homes ONLY.* |
| *84 Lumber Company vs. Arnold S. Goodstein, et al C/A No. 2008-CP-18-01071* | *Debt collection.* | *Dorchester County Court of Common Pleas.* | *Judgment entered 12-30-09. (No judgment against Arnold S. Goodstein.)* |
| *Builders Firstsource-Southeast Group, Inc. vs. Arnold S. Goodstein, et al C/A No. 2008-CP-18-01683* | *Foreclosure* | *Dorchester County Court of Common Pleas* | *Judgment entered 7-22-09. (No judgment against Arnold S. Goodstein.)* |
| *Landbank Fund XIII,* | | *Horry County Court* | *Pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *LLC v   . A & B Investments, LLC v. Arnold S. Goodstein, et al C/A No. 2007-CP-26-05129* | | *of Common Pleas* | |

---

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 5. Repossessions, foreclosures and returns

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *National City Bank PO Box 5570 Cleveland, OH 44101-0570* | *Surrendered to creditor 8/22/08.* | *2005 Cirrus SR22 1567 Airplane $167,000.00 (amount National City sold plane for).* |

---

#### 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| *$50,000.00 held by Horry County Clerk of Court (contested earnest money on real estate transaction).* | | | |

---

#### 7. Gifts

None ☐  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Kahal Kaoosh Beth Elohim* | *Synagogue* | *12/17/09* | *Annual Dues* |

Statement of Affairs - Page 7

Form 7 (04/10)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *90 Hasell Street*<br>*Charleston, SC 29401* | | | *$2,095.00* |

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Levy Law Firm, LLC*<br>*2300 Wayne Street*<br>*Columbia, SC 29201* | *Dates of Payment:*<br>*3/10/09*<br>*4/24/09*<br>*5/22/09*<br>*7/13/09*<br>*8/11/09*<br>*9/9/09*<br>*11/6/09*<br>*12/9/09*<br>*1/28/10*<br>*2/12/10*<br>*6/10/10* | *Amounts Paid:*<br>*$4,128.11*<br>*$5,881.95*<br>*$6,313.63*<br>*$2,416.43*<br>*$3,262.61*<br>*$4,438.19*<br>*$13,614.42*<br>*$4,110.81*<br>*$10,567.71*<br>*$32,000.00*<br>*$77,580.88* |
| | *Payor: Arnold S. Goodstein* | *Total paid to date to Levy Law Firm since 3/09: $164,314.74 less $8,831.25 paid to Ouzts, Ouzts & Varn, CPAs on 6/11/10 from Levy Law Firm Trust Account: Total: $155,483.49.* |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *First Palmetto Savings Bank* | *Arnold S. Goodstein Political Contribution Account Account #53556766-4 Final Balance: zero* | *Closed June 19, 2009.* |

## 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *First Citizens Bank 218 S. Main Street Summerville, SC 29483* | *Arnold and Diane Goodstein 208 Sumter Avenue Summerville, SC 29483* | *Stock certificates* | *Box open.* |

## 13. Setoffs

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *136 West Richardson Street Summerville, SC* | *Arnold S. Goodstein (law office)* | *Closed 11/07.* |

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None

☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature  of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Goodstein Law Firm, LLC | ID: 57-1111381 | PO Box 2350 Summerville, SC 29484 | Law practice | 2001 - present. |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Summerville Companies, LLC | ID: 20-1683967 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2004 - present. |
| Dorchester Industrial Center, Inc. | ID: 57-0883164 | PO Box 2350 Summerville, SC 29484 | Real estate development | 1989 - present. |
| Dicari, Inc. | ID: 57-0847188 | PO Box 2350 Summerville, SC 29484 | Real estate development | 1985 - present. |
| Coastal Commercial Center, Inc. | ID:  57-0926383 | PO Box 2350 Summerville, SC 29484 | Real estate development | 1985 - present. |
| Pines Investment Group, LLC | ID: 74-3190475 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2006 - present. |
| Arrowhead Grande, LLC | ID:  20-4941049 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2008 - present. |
| SDVE, LLC | ID: 26-4461443 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2008 - present. |
| A & B Inlet, LLC | ID: 20-4175510 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2004 - present. |
| G & R Developers, LLC | ID:  20-4617822 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2004 - present. |
| Loyola, LLC | ID: 20-4613683 | PO Box 2350 Summerville, SC 29484 | Real estate development | 2005 - present. |
| Lambs Development Corp. | ID: 57-0722826 | PO Box 2350 Summerville, SC 29484 | Real estate development | 1975 - present. |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Lambs Leasing, Inc.* | *ID: 57-0726616* | *PO Box 2350 Summerville, SC 29484* | *Owns automobiles* | *1975 - present.* |
| *Lambs, Inc.* | *ID:* | *PO Box 2350 Summerville, SC 29484* | *Holding company* | *1975 - present.* |
| *Summerville Real Estate, LLC* | *ID: 20-0216384* | *PO Box 2350 Summerville, SC 29484* | *Real estate brokerage* | *2004 - present.* |

None ☐  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| *Pines Investment Group, LLC* | *PO Box 2350* |
| *Arrowhead Grande, LLC* | *Summerville, SC 29484* |
| *Dorchester Industrial Center, Inc.* | |
| *G & R Developers, LLC* | |
| *Loyola, LLC* | |
| *Coastal Commercial Center, LLC* | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| *Marty P. Ouzts, CPA Ouzts, Ouzts & Varn, PC PO Box 25509 Columbia, SC 29224* | *12/07 to present.* |
| *Joan Smith PO Box 2350* | |

NAME AND ADDRESS

DATES SERVICES RENDERED

*Summerville, SC 29484*

---

None    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒

---

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☐

NAME                                    ADDRESS

*Marty P. Ouzts, CPA*
*Ouzts, Outzs & Varn, PC*
*PO Box 25509*
*Columbia, SC 29224*

*Joan Smith*
*PO Box 2350*
*Summerville, SC 29484*

*Dixon & Hughes f/k/a*
*Gamble Givens*
*133 East First North*
*Street*
*Suite 9*
*Summerville, SC 29483*

---

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒

---

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒

---

Statement of Affairs - Page 13

**21. Current Partners, Officers, Directors and Shareholders**

None
☒
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None
☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None
☒
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None
☒
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    *7/ 8/2010*          Signature    */s/ Arnold S. Goodstein*
                             of Debtor

Date    _____          Signature    _____
                             of Joint Debtor
                             (if any)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

## Amended

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) ___X___ scannable hard copy ___1___ (number of sheets submitted)

Date: _7/8/2010_____

Signature _/s/ R. Geoffrey Levy_____
R. Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

AMERICAN EXPRESS
PO BOX 360001
FORT LAUDERDALE  FL  33336-0001


AUTO-OWNERS INSURANCE
PO BOX 30315
LANSING  MI  48909-7815


BANK OF AMERICA MASTERCARD
PO BOX 15019
WILMINGTON  DE  19886


HORRY ELECTRIC COOPERATIVE INC
PO BOX 119
CONWAY  SC  29528


PIGGLY WIGGLY
404 NORTH CEDAR STREET
SUMMERVILLE  SC  29483


RBC REAL ESTATE FINANCE INC
C/O J RONALD JONES JR ESQ
126 SEVEN FARMS DR STE 200
CHARLESTON  SC  29492-8144


SCE&G
COLUMBIA  SC  29218