In re *Arnold S. Goodstein* ,                             Case No. *10-04204-DD*
                        Debtor(s)                                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | *$ 500.00* |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *First Palmetto Savings Bank money market account #575756952.* | | *$ 832.80* |
| | | *First Palmetto Savings Bank checking account #535567854.*<br>*Joint account with spouse Diane Goodstein.* | *J* | *$ 7,650.13* |
| | | *Goodstein Law Firm LLC checking account #565670765.* | | *$ 53,582.99* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household furniture purchased in 1988 ($5,500;00) misc tvs and furniture purchased in 2002 ($1,500.00); inherited furniture ($500.00); misc. tvs ($600.00); pictures, lamps, misc. accessories, books ($1,000.00); two antique clocks ($1,000.00); grill, pool table and misc. outdoor furniture ($1,000.00); silver flatware ($325.00); cottage furniture ($125.00); and appliances ($700.00).*<br>*Location: In debtor's possession* | | *$ 12,250.00* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books, sofa in library.*<br>*Location: In debtor's possession* | | *$ 350.00* |

Page __1__ of __5__

In re *Arnold S. Goodstein* ,                                         Case No. *10-04204-DD*
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Miscellaneous books, art, etc.* *Location: In debtor's possession* | | *$ 1,500.00* |
| 6. Wearing apparel. | | *Clothing* *Location: In debtor's possession* | | *$ 500.00* |
| 7. Furs and jewelry. | | *Three watches ($3,000.00); three rings ($1,000.00) (grandfather's and college).* *Location: In debtor's possession* | | *$ 4,000.00* |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Firearms, sports equipment, etc.* *Location: In debtor's possession* | | *$ 5,575.00* |
| | | *Colt 45 pistol;* *Smith & Wesson 38 special; and* *9 mm pistol.* | | *$ 500.00* |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *John Hancock Term Life Policy #56780224.* *Arnold S. Goodstein (insured) $5,000,000.00.* *Location: In debtor's possession* | | *Unknown* |
| | | *John Hancock Term Life Policy #75246490* *Arnold S. Goodstein (insured) $1,750,000.00* *Location: In debtor's possession* | | *Unknown* |
| | | *Lincoln Financial Group Universal Life Policy #JP5263463.* *Arnold S. Goodstein and Diane S. Goodstein (insureds) $1,500,000.00.* *Location: In debtor's possession* | | *$ 81,089.60* |
| | | *Manhattan National Term Life Ins. Policy #AA9800725.* *Arnold S. Goodstein (insured) $750,000.00.* *Location: In debtor's possession* | | *Unknown* |

Page __2__ of __5__

In re *Arnold S. Goodstein* ,                                    Case No. *10-04204-DD*
   Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Manhattan National Term Life Ins. Policy #AA9800726.*<br>*Arnold S. Goodstein (insured) $750,000.00.*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Midland National Life Ins. Term Policy #1502548978.*<br>*Arnold S. Goodstein (insured) $750,000.00.*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Midland National Life Term Ins.Policy #1502548976.*<br>*Arnold S. Goodstein (insured) $750,000.00.*<br>*Location: In debtor's possession* | | *Unknown* |
| 10. Annuities. Itemize and name each issuer. | | *Annuity w/ Diane Goodstein. Right of Survivorship, re: case of Andy T. Williams.*<br>*Due 12/15/12 :$25,000.00;*<br>*Due 12/15/17: $40,000.00;*<br>*Due 12/15/22: $60,000.00; and*<br>*Due 12/15/27: $100,000.00.* | | *Unknown* |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *IRA - Ameritrade Account #906-938160.* | | *$ 295,721.90* |
| | | *Ameritrade, Account #915-997210.*<br>*GLF 401K (FBO Arnold S. Goodstein)* | | *$ 37,619.99* |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *2000 shares Dorchester Industrial stock.*<br>*Location: First Palmetto Savings Bank.* | | *$ 1,575,000.00* |
| | | *Coastal Commercial Center Inc. stock shares.*<br>*Location: Goodstein Law Firm, LLC* | | *$ 1,000,000.00* |

Page  3  of  5

In re *Arnold S. Goodstein*, Case No. *10-04204-DD*
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | *Lambs Development Corp.* | | *Unknown* |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | *X* | | | |
| 16. Accounts Receivable. | *X* | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | *X* | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | *X* | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | *X* | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | *Lincoln Financial Group Universal Life Policy #JP5263463.*<br>*Arnold S. Goodstein and Diane S. Goodstein - insureds.*<br>*$1,500,000.00 universal life. Value - $81,089.60 (listed on Sched. B, Item No. 9 for Arnold S. Goodstein).*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Life insurance/trust/Diane Goodstein - Manhattan National Life Ins. Co. Term Policy #AA9800728*<br>*Diane S. Goodstein - insured. $750,000.00.* | | *Unknown* |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Debtor may be entitled to 2009 State and Federal Tax Refunds.* | | *Unknown* |
| | | *Arnold S. Goodstein v. International Paper (counterclaim).* | | *Unknown* |
| | | *LandBank Fund XIII LLC v. Arnold S. Goodstein et al (counterclaim).* | | *Unknown* |

Page  4  of  5

In re **Arnold S. Goodstein**, Debtor(s)   Case No. **10-04204-DD** (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Tiente v. Loyola, LLC, Arnold Goodstein, et al (counterclaim).* | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Law license - South Carolina Bar. Real estate broker's license - South Carolina. | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Contested earnest money on real estate transactions (held by Horry County Clerk of Court). | | $ 50,000.00 |

Page 5 of 5

*[signature] July 22, 2010*

Total → $ 3,126,672.41

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6F (Official Form 6F) (12/07)

In re _Arnold S. Goodstein_ ,                                   Case No. _10-04204-DD_
               **Debtor(s)**                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *American Express* *PO Box 360001* *Fort Lauderdale FL 33336-0001* | | *Dicari* | | | | *Unknown* |
| Account No: *Creditor # : 2* *Auto-Owners Insurance* *PO Box 30315* *Lansing MI 48909-7815* | | | | | | *$ 6,170.41* |
| Account No: *Creditor # : 3* *Bank of America* *5081 Rivers Avenue* *Charleston SC 29406* | *X* | *Guarantor* | *X* | | | *$ 14,198,386.00* |
| Account No: *Creditor # : 4* *Bank of America Mastercard* *PO Box 15019* *Wilmington DE 19886* | | | | | | *Unknown* |
| *3* continuation sheets attached | | | | | Subtotal $ | *$ 14,204,556.41* |
| | | | | | Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | |

B6F (Official Form 6F) (12/07)  - Cont.

In re _Arnold S. Goodstein_ , Case No. _10-04204-DD_
**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: -000<br>Creditor # : 5<br>Caterpillar Financial Services<br>2120 West End Avenue<br>PO Box 340001<br>Nashville TN 37203-0001 | X | | Guarantor | X | | | $ 42,163.45 |
| Account No:<br>Creditor # : 6<br>Community First Bank<br>884 Orleans Road<br>Charleston SC 29407 | X | | Guarantor | X | | | UNKNOWN |
| Account No:<br>Creditor # : 7<br>First Bank of the South<br>651 Johnnie Dodds Blvd.<br>Mount Pleasant SC 29464 | X | | Guarantor | X | | | UNKNOWN |
| Account No:<br>Creditor # : 8<br>First Palmetto Savings Bank<br>407 DeKalb Street<br>Camden SC 29020 | X | | Guarantor | X | | | UNKNOWN |
| Account No:<br>Creditor # : 9<br>Horry Electric Cooperative Inc<br>PO Box 119<br>Conway SC 29528 | | | | | | | Unknown |
| Account No:<br>Creditor # : 10<br>M. Stephen Hill and Wilem, LLC<br>116 Parkwood Drive<br>Summerville SC 29483 | | | Contract judgment | | | | $ 2,106,118.46 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  $ 2,148,281.91

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Arnold S. Goodstein*, **Debtor(s)**          Case No. *10-04204-DD* (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 3798<br>*Creditor # : 11*<br>*National City Bank*<br>*PO Box 5570*<br>*Cleveland OH 44101-0570* | X | *Guarantor*<br>*Deficiency balance on returned 2005 Cirrus airplane.* | | | X | $ 246,132.13 |
| Account No:<br>*Creditor # : 12*<br>*Piggly Wiggly*<br>*404 North Cedar Street*<br>*Summerville SC 29483* | | | | | | Unknown |
| Account No:<br>*Creditor # : 13*<br>*RBC Bank*<br>*1136 Washington Street*<br>*Suite 503*<br>*Columbia SC 29201* | X | *Guarantor* | X | | | $ 1,329,496.00 |
| Account No:<br>*Creditor # : 14*<br>*RBC Real Estate Finance Inc*<br>*c/o J Ronald Jones Jr Esq*<br>*126 Seven Farms Dr Ste 200*<br>*Charleston SC 29492-8144* | X | | | | | Unknown |
| Account No:<br>*Creditor # : 15*<br>*Regions Bank*<br>*1545 Savannah Hwy*<br>*Charleston SC 29407* | X | *Guarantor* | X | | | UNKNOWN |
| Account No:<br>*Creditor # : 16*<br>*Rosen Rosen & Hagood LLC*<br>*Richard S. Rosen*<br>*PO Box 893*<br>*Charleston SC 29402* | | *Legal Fees* | | | | UNKNOWN |

Sheet No. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 1,575,628.13

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re **Arnold S. Goodstein**,   Case No. **10-04204-DD**
Debtor(s)   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 Sandhills Bank c/o Stacy L. Stanley, Esquire 3303 Hwy 9 East Little River SC 29566 | X | | Guarantor -Confession of Judgment | | | | $ 282,018.87 |
| Account No: Creditor # : 18 SCE&G Columbia SC 29218 | | | | | | | Unknown |
| Account No: Creditor # : 19 Tiente Limited Partnership c/o Richard M. Lovelace, Esq. PO Box 1704 Conway SC 29528 | X | | Guarantor Tiente vs. Loyola, et al | | | X | $ 40,000,000.00 |
| Account No: Creditor # : 20 Wachovia 4525 Sharon Road Suite 400 Charlotte NC 28211 | X | | Guarantor | X | | | $ 3,161,035.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 43,443,053.87
Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related   $ 61,371,520.32

*[signature]* July 22, 2010

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *Arnold S. Goodstein*  Case No. *10-04204-DD*
 Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES
### Amended

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 0 | $ 0.00 | | |
| B-Personal Property | Yes | 5 | $ 3,126,672.41 | | |
| C-Property Claimed as Exempt | Yes | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 0 | | $ 1,575,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 0 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 61,371,520.32 | |
| G-Executory Contracts and Unexpired Leases | Yes | 0 | | | |
| H-Codebtors | Yes | 0 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 33,574.90 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 23,368.11 |
| TOTAL | | 9 | $ 3,126,672.41 | $ 62,946,520.32 | |

In re <u>Arnold S. Goodstein</u>
                Debtor

Case No. <u>10-04204-DD</u>
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended
### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>10</u> sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: <u>7/22/10</u>       Signature: _/s/ Arnold S. Goodstein_
                                        Arnold S. Goodstein

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.