**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ARNOLD S. GOODSTEIN | ) | Case # 10-04204-DD |
| | ) | |
| | ) | |
| Debtor. | ) | |

TO: All Creditors and Parties in Interest

**NOTICE AND APPLICATION FOR SETTLEMENT AND COMPROMISE**

YOU ARE HEREBY NOTIFIED THAT Michelle L. Vieira, as Chapter 7 Trustee (the "Trustee") for the Estate of Arnold S. Goodstein (the "Debtor") is applying for approval of compromise or settlement of claims against the Debtor, Diane S. Goodstein ("DSG"), and Carmel Carolina Company, LP ("CC") (collectively, "Goodstein Parties").

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Clerk of the Bankruptcy Court no later than twenty-one days from the service hereof and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **April 23, 2013 at 9:00 a.m.**, at **145 King Street, Room 225, Charleston, SC**. No further notice of this hearing will be given.

NATURE OF DISPUTE: The Trustee investigated numerous complex transactions between and among the Debtor, DSG and CC, and has identified a number of transactions which the Trustee believes are avoidable pursuant to South Carolina law and/or the Bankruptcy Code for lack of adequate consideration. The Goodstein Parties deny that any of the transactions are avoidable under either South Carolina law or the Bankruptcy Code, and the issues are highly contested. The Trustee also identified certain non-exempt personal property of the Debtor for turnover, some of which personal property is jointly owned by the Debtor and DSG. The Parties reached a global settlement of all issues, to include the avoidance actions and the turnover issues. The transfers involved in this hotly contested dispute are transfers which the Trustee believes may have been made for less than adequate consideration. Pursuant to 11 U.S.C. § 548 and S.C. Code Ann. § 27-23-10, such transfers may be avoidable. The Bankruptcy Code and the S.C. Code refer to such transfers as fraudulent transfers. However, use of such terms from the statutes does not

necessarily indicate fraud or illegality and may simply mean that a transaction did not involve payment of a sufficient amount given the value of the property being transferred. Resolution of these matters is settlement of a disputed claim and is not an admission of liability by any party.

AMOUNT DISPUTED: The Trustee claims that the Goodstein Parties owe in excess of $2,000,000 in connection with the avoidable transactions and the turnover. The Goodstein Parties deny that any of the transactions are avoidable, and the Debtor claims that the personal property subject to turnover is worth significantly less than the value placed on it by the Trustee.

PROPOSED SETTLEMENT OR COMPROMISE: In order to reach a global resolution of all claims, including the avoidance actions and the turnover, DSG has agreed to assign her one-half interest in an Annuity, worth approximately $125,000, to the Trustee, and the Debtor and CC have agreed to pay the Trustee the amount of $375,000, for a total recovery to the estate of $500,000. To effectuate the terms of the global resolution of claims, the Debtor's counsel has also volunteered to withdraw his fee application and to seek no payment from the estate for his services in connection with the Bankruptcy.

BENEFIT TO THE ESTATE: The issues involved are complex and highly contested, and litigation of these issues would be time consuming and costly to the estate. The Goodstein Parties have presented numerous defenses to the Trustee's claims, and the outcome in litigation is always uncertain. The estate benefits by recovering $500,000 on the claims, without the added administrative expense of selling personal property obtained through turnover. In addition, withdrawal of the fee application of Debtor's counsel eliminates a possible administrative claim of approximately $55,000.

RESPECTFULLY SUBMITTED on this the 4th day of March, 2013, at Columbia, South Carolina.

MOVING PARTIES:

BARTON LAW FIRM, P.A.

/s/Barbara George Barton, ID # 1221
1715 Pickens Street
Columbia, SC 29201
803-256-6582
bbarton@bartonlawsc.com
COUNSEL TO THE TRUSTEE

/s/ R. Geoffrey Levy, ID # 2666
Levy Law Firm, LLC
2300 Wayne Street
Columbia, SC 29201
803-256-4693
glevy@levylawfirm.org
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ARNOLD S. GOODSTEIN | ) | Case # 10-04204-DD |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Kathryn H. Handrock, hereby certify that on behalf of Barbara George Barton, District Court I.D. #1221, Attorney for Michelle L. Vieira, Chapter 7 Trustee (the "Trustee") for the Estate of Arnold S. Goodstein (the "Debtor"), I served a copy of the **Notice and Application for Settlement and Compromise** between the Trustee, the Debtor, Diane S. Goodstein ("DSG"), and Carmel Carolina Company, LP ("CC") (collectively, "Goodstein Parties"), **filed March 4, 2013,** to the creditors and parties in interest as shown on the attached list, by depositing the same with the United States Post Office, first-class postage prepaid, at Columbia, South Carolina, on March 4, 2013.

BARTON LAW FIRM, P.A.

/s/ Kathryn H. Handrock .
PO Box 12046
Columbia SC 29211
TEL: 803.256.6582
FAX: 803.779.0267

March 4, 2013

Label Matrix for local noticing
0420-2
Case 10-04204-dd
District of South Carolina
Charleston
Mon Mar 4 09:51:45 EST 2013

A & B INLET
GROVER RABON
PO BOX 100
DALZELL SC 29040-0100

AMERICAN EXPRESS
PO BOX 360001
FORT LAUDERDALE FL 33336-0001

ARNOLD S GOODSTEIN
POST OFFICE BOX 2350
SUMMERVILLE SC 29484-2350

AUTO-OWNERS INSURANCE
PO BOX 30315
LANSING MI 48909-7815

Charles S. Altman
Altman & Coker, LLC
575 King St., Suite A
PO Box 265
Charleston, SC 29402-0265

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Mortgage & Investment Company
P.O. Box 61329
N. Charleston, SC 29419-1329

Robert Frank Anderson
P.O. Box 76
Columbia, SC 29202-0076

BANK OF AMERICA
4219 RIVERS AVENUE
NORTH CHARLESTON SC 29405-6635

BANK OF AMERICA MASTERCARD
PO BOX 15019
WILMINGTON DE 19886-5019

BERKELEY COUNTY TREASURER
1003 HWY 52
MONCKS CORNER SC 29461-3007

Bank of America, N.A.
101 East Kennedy Boulevard, 7th Fl.
FL1-400-07-01
Tampa, FL 33602-5179

Bank of America, NA
c/o John R. Gardner, Esq.
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609-5793

R. Jeffords Barham
Barnes, Alford, Stork & Johnson, LLP
PO Box 8448
Columbia, SC 29202-8448

Barbara George Barton
1715 Pickens Street (29201)
PO Box 12046
Columbia, SC 29211-2046

Barton Law Firm, P.A.
P.O. Box 12046
Columbia, SC 29211-2046

Robert C. Byrd
Parker, Poe, Adams & Bernstein, LLP
200 Meeting Street, Suite 301
Charleston, SC 29401-3156

CATERPILLAR FINANCIAL SERVICES
2120 WEST END AVENUE
PO BOX 340001
NASHVILLE TN 37203-0001

CHARLESTON COUNTY TREASURER
101 MEETING STREET
SUITE 240
CHARLESTON SC 29401-2249

COMMUNITY FIRST BANK
884 ORLEANS ROAD
CHARLESTON SC 29407-4939

Caterpillar Financial Services Corporation
ATTN: Kelli Alexander, Legal Department
2120 West End Avenue
Nashville, TN 37203-5341

Caterpillar Financial Services Corporation
ATTN: Stephanie Warmbrod, Legal
2120 West End Avenue
Nashville, TN 37203-5341

Charles S. Altman
Altman & Coker, LLC
575 King Street, Suite A
Charleston, SC 29403-5521

Joel Wyman Collins Jr.
P.O. Box 12487
Columbia, SC 29211-2487

Community FirstBank
Post Office 22467
Charleston, SC 29413-2467

Community FirstBank
c/o Charles S. Altman, Esquire
Altman & Coker, LLC
Post Office Box 265
Charleston, South Carolina 29402-0265

Community FirstBank of Charleston
c/o Charles A. Altman, Esquire
Post Office Box 265
Charleston, South Carolina 29402-0265

DICARI DEVELOPMENT INC
PO BOX 2350
SUMMERVILLE SC 29484-2350

DORCHESTER COUNTY TREASURER
PO BOX 338
SAINT GEORGE SC 29477-0338

EDWARD D SULLIVAN ESQUIRE
COLLINS & LACY
PO BOX 12487
COLUMBIA SC 29211-2487

FIRST BANK OF THE SOUTH
651 JOHNNIE DODDS BLVD
MOUNT PLEASANT SC 29464-3030

(p)FIRST NATIONAL BANK OF SC
PO BOX 897
SUMMERVILLE SC 29484-0897

FIRST PALMETTO BANK
407 DEKALB STREET
CAMDEN SC 29020-4437

FIRST PALMETTO SAVINGS BANK
407 DEKALB STREET
CAMDEN SC 29020-4437

First Palmetto Savings Bank, FSB
c/o William H. Short, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889

G & A DEVELOPERS LLC
PO BOX 2350
SUMMERVILLE SC 29484-2350

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

John R. Gardner
K&L Gates, LLP
214 North Tryon Street, Suite 4700
Charlotte, NC 28202-2367

Matthew G. Gerrald
Barnes Alford Stork & Johnson, LLP
P Box 8448
Columbia, SC 29202-8448

Richard R. Gleissner
Gleissner Law Firm, LLC
1237 Gadsden Street, Suite 200A
Columbia, SC 29201-3098

HORRY COUNTY TREASURER
1301 SECOND AVENUE
CONWAY SC 29526-5209

HORRY ELECTRIC COOPERATIVE INC
PO BOX 119
CONWAY SC 29528-0119

M Stephen Hill
116 Parkwood Drive
Summerville, SC 29483-4038

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6 MDP 39
1835 ASSEMBLY STREET
COLUMBIA SC 29201

International Paper Realty Corp.
c/o McCarthy Law Firm, LLC
PO Box 11332
Columbia, SC 29211-1332

JOEL W COLLINS JR ESQUIRE
COLLINS & LACY
PO BOX 12487
COLUMBIA SC 29211-2487

Knight Family, LP
c/o Richard R. Gleissner
3610 Landmark Drive, Suite G
Columbia, SC 29204-4040

LOYD DANIEL
STRAND CAPITAL GROUP LLC
1000 2ND AVE S STE 310
NORTH MYRTLE BEA SC 29582-8105

Landbank Fund XIII, LLC
Attention: David Sligh, Esq.
P.O. Box 2116
Myrtle Beach, South Carolina 29578-2116

Thomas A. Lee III
Becket and Lee LLP
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

R. Geoffrey Levy
2300 Wayne Street
Columbia, SC 29201-2057

Loyola, LLC
Attn: Loyd Daniel
1000 2nd Ave. S. Ste 310
North Myrtle Beach, SC 29582-8105

M STEPHEN HILL AND WILEM, LLC
116 PARKWOOD DRIVE
SUMMERVILLE SC 29483-4038

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

NATIONAL CITY BANK
PO BOX 5570
CLEVELAND OH 44101-0570

Tara E. Nauful
1201 Main Street, 22nd Floor
PO Box 11889
Columbia, SC 29211-1889

Office of U.S. Attorney
Attn: J. Douglas Barnett
1441 Main Street, Suite 500
Columbia, SC 29201-2897

PIGGLY WIGGLY
404 NORTH CEDAR STREET
SUMMERVILLE SC 29483-6408

Michael J. Polk
Belser and Belser
1901 Main St Ste 1550
PO Box 96
Columbia, SC 29202-0096

Claude T. Prevost III
Collins and Lacy, PC
PO Box 12487
1330 Lady Street
Columbia, SC 29201-3341

RBC REAL ESTATE FINANCE INC
C/O J RONALD JONES JR ESQ
126 SEVEN FARMS DR STE 200
CHARLESTON SC 29492-8144

REGIONS BANK
170 Meeting St., Fl 1
CHARLESTON SC 29401-3177

ROSEN ROSEN & HAGOOD LLC
RICHARD S ROSEN
PO BOX 893
CHARLESTON SC 29402-0893

Recovery Management Systems Corporation
25 SE Second Avenue
Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Regions Bank
P.O. Box 10063
Birmingham, AL 35202-0063

Regions Bank
c/o Stanley H. McGuffin, Esq.
PO Box 11889
Columbia, SC 29211-1889

SANDHILLS BANK
C/O STACY L STANLEY ESQUIRE
3303 HWY 9 EAST
LITTLE RIVER SC 29566-6831

SC DEPT OF REVENUE & TAXATION
PO BOX 12265
COLUMBIA SC 29211-2265

SC EMPLOYMENT SEC COMM
PO BOX 995
COLUMBIA SC 29202-0995

(p)SCANA AND SUBSIDIARIES
ATTN BANKRUPTCY
1426 MAIN STREET
MAIL CODE 130
COLUMBIA SC 29218-0001

SECURITIES & EXCHANGE COMM
3475 LENOX ROAD NE
SUITE 1000
ATLANTA GA 30326-3235

SUMMERVILLE AVIATION
PO BOX 2350
SUMMERVILLE SC 29484-2350

SUMMERVILLE COMPANIES LLC
PO BOX 2350
SUMMERVILLE SC 29484-2350

Sandhills Bank
c/o Jodi Breitbart, President
PCF Realty, Inc.
18 Paxford Lane
Scarsdale, NY 10583-3318

William Harold Short Jr.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

John Timothy Stack
Office of the United States Trustee
1835 Assembly Street Suite 953
Columbia, SC 29201-2448

TIENTE LIMITED PARTNERSHIP
C/O RICHARD M LOVELACE ESQ
PO BOX 1704
CONWAY SC 29528-1704

Tiente Limited Partnership, a South Carolina
c/o William H. Short, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

U.S. Attorney Generals Office
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530-0001

Michelle L. Vieira
PO Box 70309
Myrtle Beach, SC 29572-0024

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Wachovia Bank, National Association
c/o Robert C. Byrd
Parker Poe Adams & Bernstein LLP
200 Meeting Street
Suite 301
Charleston, SC 29401-3156

Gilbert B. Weisman
Becket and Lee, LLP
16 General Warren Blvd.
PO Box 3001
Malvern, PA 19355-0701

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRST NATIONAL BANK OF SC
415 N MAIN STREET
SUMMERVILLE SC 29483-6490

SCE&G
COLUMBIA SC 29218

WACHOVIA
4525 SHARON ROAD
SUITE 400
CHARLOTTE NC 28211

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

(d)Arnold S. Goodstein
PO Box 2350
Summerville, SC 29484-2350

(d)M. Stephen Hill
116 Parkwood Drive
Summerville, SC 29483-4038

(u)Sandhills Bank

(u)Steve Hill

(d)Michelle L. Vieira
PO Box 70309
Myrtle Beach, SC 29572-0024

(d)Wachovia Bank, National Association
c/o Robert C. Byrd
Parker Poe Adams & Bernstein LLP
200 Meeting Street, Suite 301
Charleston, SC 29401-3156

End of Label Matrix
Mailable recipients 85
Bypassed recipients 7
Total 92