# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ARNOLD S. GOODSTEIN | ) | Case # 10-04204-DD |
| | ) | |
| | ) | |
| _____Debtor._____) | | |

The relief set forth on the following pages, for a total of 4 pages including this page, is hereby **ORDERED**.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ARNOLD S. GOODSTEIN | ) | Case # 10-04204-DD |
| | ) | |
| | ) | |
| _____Debtor._____) | | |

## CONSENT ORDER APPROVING SETTLEMENT AND COMPROMISE

This matter is before the Court upon the Application for Settlement and Compromise (the "Application") of Michelle L. Vieira, as Chapter 7 Trustee (the "Trustee") for the Estate of Arnold S. Goodstein (the "Estate"), with the consent of Arnold S. Goodstein (the "Debtor"), Diane S. Goodstein ("DSG"), and Carmel Carolina Company, LP ("CC") (collectively, the "Parties"), seeking entry of an order pursuant to 11 U.S.C. §§ 105(a), 542, 544, and 548, and Bankruptcy Rule 9019 approving the settlement and compromise of the dispute between the Parties. The Court having reviewed and considered the Application, the terms of the settlement and compromise (the "Settlement"), and it appearing that the relief requested in the Application is in the best interests of the Estate and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

A.  A reasonable opportunity to be heard with respect to the Application and relief requests therein has been afforded to all interested parties and entities, and no objections to the Application were filed.

B.  The Settlement represents a fair, prudent and reasonable compromise of the controversy between the Parties and is in the best interests of the Estate and creditors taking into

2

account, among other things, whether the Settlement is fair and reasonable and in the best interests of the Debtors' estate.

C.  The Trustee's entry into the Settlement is authorized and ratified pursuant to 11 U.S.C. §§ 105, 542, 544 and 548 of the Bankruptcy Code and Bankruptcy Rule 9019, and the Parties are hereby authorized, empowered and directed to enter into and perform, and consummate the transactions, under the Settlement. The Parties are authorized, empowered and directed to take any and all actions and execute any and all documents that are reasonably necessary or appropriate to implement and effectuate the terms of the Settlement. The terms of the Settlement are hereby approved in all respects.

D.  The Settlement was negotiated, proposed and entered into by the Parties without collusion, in good faith and from arms' length bargaining positions.

E.  Pursuant to the terms of the Settlement:

1. The Debtor and CC shall pay the Trustee the amount of $375,000.
2. DSG shall assign her interest in an Annuity to the Trustee, which has a present value of approximately $125,000.
3. The Parties shall sign mutual releases as contemplated by the Settlement.

G.  The Court retains jurisdiction to interpret, enforce and implement the Settlement, including, but not limited to, retaining jurisdiction to resolve any disputes, controversy or claims arising under or related to the Settlement, and interpret, implement and enforce the provisions of this Order.

IT IS SO ORDERED.

3

WE CONSENT:

BARTON LAW FIRM, P.A.

/s/Barbara George Barton, ID # 1221
1715 Pickens Street
Columbia, SC 29201
803-256-6582
bbarton@bartonlawsc.com
COUNSEL TO THE TRUSTEE

/s/ R. Geoffrey Levy, ID # 2666
Levy Law Firm, LLC
2300 Wayne Street
Columbia, SC 29201
803-256-4693
glevy@levylawfirm.org
ATTORNEY FOR DEBTOR AND DSC

*[signature]*, President of Lambs, Inc.
Carmel Carolina Company, LP
By: Lambs, Inc., Its General Partner
By: Diane S. Goodstein, President of Lambs, Inc.

*[signature]* General Partner of Carmel Carolina Company, LP

*[signature]*
Diane S. Goodstein