**MICHELLE L. VIEIRA**
Chapter 7 Bankruptcy Trustee
P.O. Box 70309
Myrtle Beach, SC 29572

Phone: (843) 497-9800
Fax: (877) 684-1614
email: michellelvieira@msn.com

October 1, 2013

Laura Austin, Clerk of Court
United States Bankruptcy Court
1100 Laurel Street
Columbia, South Carolina  29201

RE:    ARNOLD GOODSTEIN
       CASE # 10-04204-DD

Dear Ms. Austin:

On August 29, 2013, I filed an Objection to Claims in this case (Docket #247).  On September 13, 2013, CresCom Bank (formerly Community First) filed its response to this Objection.  Therefore, the objection as to Community First Bank will be heard by the Court on November 19, 2013, as per the passive hearing notice attached to the Objection to Claims.

In addition, on September 24, 2013, I withdrew my Objection to the Claim of Bank of America only and provided the court with a new proposed order that no longer included their claim.

I will today docket another amended proposed order that includes only those claims which have not had the objection withdrawn or have filed no response with the court.

Sincerely,

Michelle L. Vieira
Trustee