**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ARNOLD GOODSTEIN**<br><br>Debtor. | Case # 10-04204-DD<br><br>Chapter 7 |

**REPORT OF SALE**

DATE OF SALE:            June 30, 2014 (Date that proceeds were received and deposited)

TYPE OF SALE:            Private Sale

PROPERTY SOLD:       Annuity Policy #K000109202

PURCHASER:                Novation Capital

PRICE:                            $206,000.00

SALE AGENT, AUCTIONEER, BROKER, ETC:    None

COMMISSION PAID ON SALE:  None

EXPENSES OF SALE:          None

DEBTOR'S EXEMPTION:    None

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:   None

NET TO ESTATE:               $206,000.00

AMOUNT DISBURSED TO DATE:  -0-

AMOUNT RETAINED BY TRUSTEE OF DEBTOR:    $206,000.00

DATE:  July 30, 2014

                                                 /s/ Michelle L. Vieira
                                              Michelle L. Vieira, Trustee
                                              District Court ID #9876
                                              P O Box 70309
                                              Myrtle Beach, SC 29572
                                              Phone (843) 497-9800  Fax (877) 684-1614
                                              email: michellelvieira@msn.com