UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| In Re: | ) | |
| --- | --- | --- |
| | ) | B/K Case No. 10-04204-EG |
| Arnold S Goodstein | ) | |
| | ) | |
| | ) | **TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor. | ) | |
| | ) | |

Enclosed from the office of Michelle L. Vieira for the above-named case, is Check Number <u>40017</u> of $7.46 representing monies designated as dividends to unsecured creditors as follows:

| **CREDITOR** | **CLAIM NO.** | **\*REASON FOR RETURN** | | | **AMOUNT** |
| --- | --- | --- | --- | --- | --- |
| | | Failure <u>To Clear</u> | Returned <u>  Mail  </u> | Pursuant To <u> BR 3010</u> | |
| MIdland Funding<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | 14 | X | | | $7.46 |

Dated: September 03, 2024

/s/ Michelle L. Vieira
MICHELLE L. VIEIRA
District Court No.  9876
PO Box 70399
Myrtle Beach, SC  29572
Tel. No. (843) 497-9800
Fax No. (843) 497-9881
E-Mail: Trustee@Chapter7.email